UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 31733
    ERIC JOHN TOWNSEND

                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8388

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/11/2005 and was confirmed 09/26/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  52.26% from remaining funds.

    The case was paid in full 01/26/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CLERK OF THE CIRCUIT CT | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 240.04 | .00 | 240.04 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| FREDRICK HANNA & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6740.30 | .00 | 3522.19 |
| ALLIANCE ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| VAN RU FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 6331.45 | .00 | 3308.55 |
| BASS & ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 8684.68 | .00 | 4538.25 |
| BASS & ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| FINANCIAL ASSET MANAGEME | NOTICE ONLY | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| RETINA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 10881.50 | .00 | 5686.22 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| HARRIS & HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| PRAIRIE RECEIVABLES II | UNSECURED | 9277.52 | .00 | 4848.04 |
| CAVALRY | NOTICE ONLY | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO & LINDB | NOTICE ONLY | NOT FILED | .00 | .00 |
| VIKING COLLECTION SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERCHANGE INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | NOTICE ONLY | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 05 B 31733 ERIC JOHN TOWNSEND

```
ENCORE RECEIVABLE MANAGE  NOTICE ONLY    NOT FILED              .00           .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED              .00           .00
OMNIUM WORLDWIDE          NOTICE ONLY    NOT FILED              .00           .00
ROUNDUP FUNDING LLC       UNSECURED         681.73             .00        356.24
ALLIED INTERSTATE         NOTICE ONLY    NOT FILED              .00           .00
NATIONAL ENTERPRISE SYST  NOTICE ONLY    NOT FILED              .00           .00
PIONEER CREDIT RECOVERY   NOTICE ONLY    NOT FILED              .00           .00
SHERMAN ACQUISITION       NOTICE ONLY    NOT FILED              .00           .00
T-MOBILE BANKRUPTCY       UNSECURED      NOT FILED              .00           .00
FOCUS RECEIVABLES         NOTICE ONLY    NOT FILED              .00           .00
USA ONE NATIONAL CREDIT   UNSECURED        5282.69             .00       2760.50
WALINSKI & TRUNKETT       NOTICE ONLY    NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED          51.26             .00         26.79
CITI CARDS                UNSECURED      NOT FILED              .00           .00
STUART B HANDELMAN        DEBTOR ATTY     2,570.00                       2,570.00
TOM VAUGHN                TRUSTEE                                        1,843.18
DEBTOR REFUND             REFUND                                         1,650.00
```

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

TRUSTEE                 31,350.00

PRIORITY                                       240.04
SECURED                                            .00
UNSECURED                                   25,046.78
ADMINISTRATIVE                               2,570.00
TRUSTEE COMPENSATION                         1,843.18
DEBTOR REFUND                                1,650.00
                        ---------------      ---------------
TOTALS                  31,350.00           31,350.00

       Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                        /s/ Tom Vaughn
     Dated: 03/10/09     _____

                        TOM VAUGHN
                        CHAPTER 13 TRUSTEE